IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

PHILLIP A. BEDWELL, II, #221 888      *

    Plaintiff,                                             *

    v.                                                          *          3:11-CV-349-TMH
                                                                            (WO)
SHERIFF JIMMY ABBETT, *et al.*,      *

    Defendants.                                         *

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on May 6, 2011. On May 9, 2011 the court entered an order directing Plaintiff to file information regarding his inmate account to assist the court in assessing an initial partial filing fee. (*Doc. No. 3*.) On May 13, 2011 the envelope containing Plaintiff's copy the May 9 order was returned to the court marked as undeliverable because Plaintiff is no longer at the address he provided to the court when he filed this action.

All parties have an affirmative duty to keep the court apprised of a valid service address. Because Plaintiff's mail was returned to the court marked as undeliverable, an order was entered on May 17, 20117 directing Plaintiff to provide the court with his present address on or before May 27, 2011. (*Doc. No. 4*.) Plaintiff was cautioned that his failure to comply with the court's May 17 order would result in a recommendation that this case be dismissed. (*Id*.) The envelope containing Plaintiff's copy of this order was returned to the

court on May 20, 2011 marked as undeliverable.

It is clear that Plaintiff is no longer incarcerated at the most recent address he proviced the court and that he has not provided this court with his current address. The undersigned, therefore, concludes that this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **July 12, 2011**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of*

*Prichard*, 661 F.2d 1206 (11th Cir. 1981)(*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

    Done, this 24th day of June 2011.

                                  /s/ Terry F. Moorer
                                  TERRY F. MOORER
                                  UNITED STATES MAGISTRATE JUDGE