IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

PHILLIP A. BEDWELL, II, #221 888    *

    Plaintiff,                        *

    v.                                   *         3:11-CV-349-TMH
                                                         (WO)

SHERIFF JIMMY ABBETT, *et al.*,    *

    Defendants.                 *

_____

## **ORDER**

On June 24, 2011, the Magistrate Judge issued a Recommendation (Doc. 5) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

    1. The Recommendation (Doc. 5) is ADOPTED;

    2. This case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action

    DONE this 9th day of August, 2011.

                                           /s/ Truman M. Hobbs
                                           _____
                                           SENIOR UNITED STATES DISTRICT JUDGE