IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

PHILLIP A. BEDWELL, II, #221 888   \*

    Plaintiff,   \*

    v.   \*   3:11-CV-349-TMH
                                         (WO)

SHERIFF JIMMY ABBETT, *et al.*,   \*

    Defendants.   \*

_____

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this case is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this 9th day of August, 2011.

                                        /s/ Truman M. Hobbs
                                        SENIOR UNITED STATES DISTRICT JUDGE